UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

JOE HAND PROMOTIONS INC. as Broadcast
Licensee of the November 21, 2015 Cotto/Alvarez
Program

                    Plaintiff(s)

      -against-

Mohamed Mohamed, Individually, and as officer,
Director, shareholder and/or principal of ARABICA
HOOKAH LOUNGE & RESTAURANT INC., d/b/a
ARABICA HOOKAH LOUNGE & RESTAURANT, DIREC

and

ARABICA HOOKAH LOUNGE & RESTAURANT INC.
d/b/a ARABICA HOOKAH LOUNGE & RESTAURANT

                    Defendant.
---------------------------------------------------------------------- x

Civil Action No. 16-771

**VERIFIED ANSWER**

Defendants Mohamed Mohamed, Individually and as officer, director, shareholder and/or principal of Arabica Hookah Lounge & Restaurant Inc. d/b/a Arabica Hookah Lounge & Restaurant, by their attorneys Robbins & Robbins, LLP, responds to the Complaint filed herein by Christopher J. Hufnagel on behalf of Plaintiff, as follows:

## JURISDICTION AND VENUE

1.      Defendant neither admits or denies the allegations contained in Paragraph 1 and leaves Plaintiff to their proofs.

2.      Defendant denies each and every allegation contained in Paragraph 2.

3.      Defendant denies each and every allegation contained in Paragraph 3.

4.      Defendant denies each and every allegation contained in Paragraph 4.

## THE PARTIES

1

5.    Defendant neither admits or denies the allegations contained in Paragraph 5 and leaves Plaintiff to their proofs.

6.    Defendant denies each and every allegation contained in Paragraph 6.

7.    Defendant denies each and every allegations contained in Paragraph 7.

8.    Defendant denies each and every allegation contained in Paragraph 8.

9.    Defendant denies each and every allegation contained in Paragraph 9.

10.    Defendant denies each and every allegation contained in Paragraph 10.

11.    Defendant denies each and every allegation contained in Paragraph 11.

12.    Defendant denies each and every allegation contained in Paragraph 12.

13.    Defendant denies each and every allegation contained in Paragraph 13.

14.    Defendant denies each and every allegation contained in Paragraph 14.

15.    Defendant denies each and every allegation contained in Paragraph 15.

16.    Defendant denies each and every allegation contained in Paragraph 16.

17.    Defendant denies each and every allegation contained in Paragraph 17.

18.    Defendant denies each and every allegation contained in Paragraph 18.

19.    Defendant admits the allegations contained in Paragraph 19.

## COUNT I

20.    Defendant repeats each and every answer herein to the allegations of the Plaintiff in paragraphs 1 through 19 above as if fully set forth herein.

21.    Defendant neither admits or denies the allegations contained in Paragraph 21 and leaves Plaintiff to their proofs.

22.    Defendant neither admits or denies the allegations contained in Paragraph 22 and leaves Plaintiff to their proofs.

23.    Defendant neither admits or denies the allegations contained in Paragraph 23 and

2

leaves Plaintiff to their proofs.

24.    Defendant denies each and every allegation contained in Paragraph 24.

25.    Defendant denies each and every allegation contained in Paragraph 25.

26.    Defendant denies each and every allegation contained in Paragraph 26.

27.    Defendant denies each and every allegation contained in Paragraph 27.

28.    Defendant denies each and every allegation contained in Paragraph 28.

29.    Defendant denies each and every allegation contained in Paragraph 29.

30.    Defendant denies each and every allegation contained in Paragraph 30.

## COUNT II

31.    Defendant repeats each and every answer to each allegation contained in Paragraphs 1 through 30 above as if fully set forth herein.

32.    Defendant denies each and every allegation contained in Paragraph 32.

33.    Defendant denies each and every allegation contained in Paragraph 33.

34.    Defendant denies each and every allegation contained in Paragraph 34.

35.    Defendant denies each and every allegation contained in Paragraph 35.

36.    Defendant denies each and every allegation contained in Paragraph 36.

## COUNT III

37.    Defendant repeats each and every answer contained in Paragraphs 1 through 36 above as if fully set forth herein.

38.    Defendant denies each and every allegations contained in Paragraph 38.

39.    Defendant denies each and every allegation contained in Paragraph 39.

40.    Defendant denies each and every allegation contained in Paragraph 40.

41.    Defendant denies each and every allegation contained in Paragraph 41.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Any contractual agreement between the parties was void and/or modified, in whole or in part, by the actions of the plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's damages, if any were due to acts or inaction of third persons whom defendants had no control over.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff is barred from relief under the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff is barred from relief under the doctrine of waiver.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff is barred from relief in that plaintiff failed to mitigate its damages, if any.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery under the doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

All damages, if any, that were sustained by plaintiff were the result of his own actions and/or failure to act.

### NINTH AFFIRMATIVE DEFENSE

Defendants did not breach any contractual agreement between the parties.

## TENTH AFFIRMATIVE AGREEMENT

Any contractual agreement existing between the parties was breached by the plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

The proximate cause of plaintiff's injuries, if any, were not caused by any act or omission of the defendants.

## TWELVETH AFFIRMATIVE DEFENSE

Defendants reserve the right to assert any defense not hereinabove stated as same becomes known to Defendants throughout the pendency of the within lawsuit.

Wherefore, Defendant, demands Judgment dismissing the Complaint of the Plaintiff, together with costs of suit and attorney's fees, if appropriate.

Dated:   March 14, 2016
      New York, New York

ROBBINS & ROBBINS, LLP

By _____
    Spencer B. Robbins
*Attorneys for Defendants*
Mohamed Mohamed, Individually, and as officer,
Director, shareholder and/or principal of Arabica
Hookah Lounge & Restaurant Inc. d/b/a Arabica
Hookah Lounge & Restaurant
568 Amboy Avenue
Woodbridge, New Jersey 07095
732-636-1600

5