UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **November 21, 2015
Cotto/Alvarez** Program,

              Plaintiff,

    -against-

MOHAMED MOHAMED, Individually, and as
officer, director, shareholder and/or principal of
ARABICA HOOKAH LOUNGE &
RESTAURANT INC., d/b/a ARABICA
HOOKAH LOUNGE & RESTAURANT, DIREC

and

ARABICA HOOKAH LOUNGE &
RESTAURANT INC., d/b/a ARABICA
HOOKAH LOUNGE & RESTAURANT,

              Defendants.

---

**PLAINTIFF'S MOTION TO APPEAR BY
TELEPHONE AT THE APRIL 14, 2016
INITIAL CONFERENCE**

Civil Action No.: 1:16-CV-00771-WFK-CLP

Plaintiff, JOE HAND PROMOTIONS, INC., by and through its undersigned counsel, hereby respectfully moves this Court for an order granting counsel for Plaintiff leave to appear via telephone at the Initial Conference set for April 14, 2016 at 2:30 p.m. in an effort to reduce costs and fees.

The Plaintiff's complaint sets forth causes of action under the Federal Communications Act, and the Federal Communications Act is a fee-shifting statute which provides that full costs, including attorney's fees, shall be awarded to an aggrieved party who prevails. Any person aggrieved by a violation of 47 U.S.C. § 605(a) has a private right of action enforceable in federal court. *See* 47 U.S.C. § 605(d)(6). Plaintiff, JOE HAND PROMOTIONS, INC., is an aggrieved party in this case because it had a proprietary interest in the intercepted communications and it was damaged by the unauthorized use of its signals.

In order for Plaintiff's Counsel to attend the Initial Conference on April 14, 2016, he must travel to Brooklyn, New York from Ellenville, New York, which would require substantial travel time and result in the incurrence of fees and costs which would be shifted to the Defendants if Plaintiff prevails.  Plaintiff respectfully requests to appear by telephone at the upcoming Initial Conference on April 14, 2016 in order to reduce Plaintiff's costs and fees that will be incurred by traveling to Brooklyn, New York to appear at the hearing in-person.  Plaintiff's counsel is actively discussing the possibility of an amicable resolution with counsel for Defendants.  If, Plaintiff's counsel incurs additional costs and fees involved with attending the Initial Conference in person, Plaintiff's demand will continue to increase, making the possibility for an amicable resolution more remote.

In light of the foregoing, Plaintiff respectfully requests to appear at the April 14, 2016 Initial Conference by telephone in order to reduce attorney's fees and costs.

In the event that this Honorable Court grants the Plaintiff's request, Plaintiff's counsel would initiate the call at the appointed time.

WHEREFORE, the Plaintiff respectfully requests that this Court grant the motion, and allow counsel for Plaintiff to participate in the April 14, 2016 Initial Conference by telephone.

Dated:   April 5, 2016
      Ellenville, New York

**JOE HAND PROMOTIONS, INC.**

By:  /s/Christopher J. Hufnagel
     CHRISTOPHER J. HUFNAGEL, ESQ. (CH8734)
     Attorney for Plaintiff
     LONSTEIN LAW OFFICE, P.C.
     80 North Main Street : P.O. Box 351
     Ellenville, NY   12428
     Telephone:   (845) 647-8500
     Facsimile:    (845) 647-6277
     Email: Legal@signallaw.com
     *Our File No. JHP15-02NY-03*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on April 5, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel:

Spencer Robbins, Esq.
568 Amboy Avenue
Woodbridge, NJ   07095

By: /s/Christopher J. Hufnagel
CHRISTOPHER J. HUFNAGEL