UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **November 21, 2015
Cotto/Alvarez** Program,

                 Plaintiff,

    -against-

MOHAMED MOHAMED, Individually, and as
officer, director, shareholder and/or principal of
ARABICA   HOOKAH   LOUNGE   &
RESTAURANT   INC.,   d/b/a   ARABICA
HOOKAH LOUNGE & RESTAURANT, DIREC

and

ARABICA   HOOKAH   LOUNGE   &
RESTAURANT   INC.,   d/b/a   ARABICA
HOOKAH LOUNGE & RESTAURANT,

                Defendants.

---------------------------------------------------------------------------------

**ORDER**

Civil Action No.: 1:16-CV-00771-WFK-CLP

     In consideration of the Plaintiff's Motion to appear by telephone at the April 14, 2016

Initial Conference, and good cause having been shown, Plaintiff's motion is granted and it is

hereby ORDERED

     That Plaintiff's Counsel may appear by telephone at the April 14, 2016 Initial Conference.

SO ORDERED THIS _____ day of _____, 2016.

                            _____

                            HON. CHERYL L. POLLAK
                            United States District Magistrate Judge