UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **November 21, 2015**
**Cotto/Alvarez** Program,

                               Plaintiff,

            -against-

MOHAMED MOHAMED, Individually, and as
officer, director, shareholder and/or principal of
ARABICA HOOKAH LOUNGE & RESTAURANT
INC., d/b/a ARABICA HOOKAH LOUNGE &
RESTAURANT,

and

ARABICA HOOKAH LOUNGE & RESTAURANT
INC., d/b/a ARABICA HOOKAH LOUNGE &
RESTAURANT,

                         Defendants.
------------------------------------------------------------------

**STATUS REPORT**

Civil Action No.
1:16-CV-00771-WFK-CLP

Comes now Plaintiff, JOE HAND PROMOTIONS, INC., and respectfully states as follows:

This action was commenced with the filing of the Complaint and Summons on or about February 15, 2016.

On March 31, 2016, Plaintiff sent its initial disclosures to counsel for Defendants, Spencer Robbins.

On April 14, 2016, a telephonic Initial Scheduling Conference before Hon. Cheryl L. Pollak was held wherein Judge Pollak ordered that initial disclosures were to be provided by the

1

Defendants no later than April 22, 2016.  Judge Pollak also ordered that the parties were to exchange written discovery requests by May 13, 2016, with responses due by June 13, 2016.

On May 13, 2016, Plaintiff received Defendants' Initial Disclosures, 21 days after the Court's deadline.   See Filing No. 15.

On May 13, 2016, Plaintiff served discovery demands upon counsel for Defendants, via email and mail, which consisted in part of written interrogatories, requests for admission and requests for production.

Plaintiff, having not received any responses to the discovery demands previously served on May 13, 2016, sent a seven (7) day good faith letter on June 17, 2016 to counsel for Defendants via email and mail to compel Defendants' responses prior to Plaintiff filing a Motion to Compel.

Plaintiff did not receive any response to said letter nor responses to discovery demands previously served on May 13, 2016.  Plaintiff then filed its Notice of Facts Deemed Admitted for the individual and corporate defendant on June 29, 2016.   See Filing Nos. 16 and 17.

On June 30, 2016, the parties held a telephonic conference before Hon. Hon. Cheryl L. Pollak wherein Judge Pollak ordered that Defendants respond to Plaintiff's discovery requests by July 8, 2016.  Additionally, Plaintiff was given until July 22, 2106 to decide if it intends to conduct depositions. See Filing No. 18.

The Defendants, to date, have failed to respond to Plaintiff's requests and have ignored two Court orders compelling same.

Plaintiff hereby notifies the Court that, based upon Defendants' admissions to its Requests for Admissions properly served and now deemed admitted, it does not intend on conducting depositions.

Further, Plaintiff will be filing a Motion for Summary Judgment based on said admissions.

Dated:    July 18, 2016
          Ellenville, New York

**JOE HAND PROMOTIONS, INC.**

By:  /s/Christopher J. Hufnagel
     CHRISTOPHER J. HUFNAGEL, ESQ. (CH8734)
     Attorney for Plaintiff
     LONSTEIN LAW OFFICE, P.C.
     Office and P.O. Address
     80 N. Main St. : P.O. Box 351
     Ellenville, NY   12428
     Telephone:   (845) 647-8500
     Facsimile:    (845) 647-6277
     Email: Legal@signallaw.com
     *Our File No. JHP15-02NY-03*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 18, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel:

Spencer Robbins, Esq.
568 Amboy Avenue
Woodbridge, NJ 07095
xmuss@aol.com

                         /s/Christopher J. Hufnagel
                         CHRISTOPHER J. HUFNAGEL, ESQ.

3