# LAW OFFICES
# ROBBINS AND ROBBINS LLP
### 568 Amboy Avenue
### Woodbridge, New Jersey 07095
### Telephone (732) 636-1600
### Telecopier (732) 636-2171

**NEW YORK OFFICE**

62 William Street. 3rd Floor
New York, NY 10279
Telephone (212)344-1400
Facsimile  (212) 344-2301

**NORMAN ROBBINS**
N.J., N.Y. & D.C. Bars
(1920-2012)
**SPENCER B. ROBBINS**
N.J. & N.Y. Bars

**CLAUDIA C. LUCAS**
**AILEEN GARDNER**

**SETH D. FRIEDLAND**
Of Counsel
N.Y. & N.J. Bars
**MARK S. ROTHMAN**
Of Counsel
N.Y., N.J. & D.C. Bars

Please Reply To: 568 Amboy Avenue
Woodbridge, N.J. 07095

July 19, 2016

**Via E-File**

Hon. Cheryl L. Pollak
United States District Court Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Joe Hand Promotions, Inc. vs. Arabica Hookah Lounge et al**
> **Civil Action No: 1:16-CV-00771-WFK-CLP**

Dear Judge Pollak:

I am writing to advise that I have provided my adversary with our response to his discovery.  The reason for the delay in providing my adversary with the required discovery, is that I was under the impression it was previously forwarded last week. My office hired someone new and the communication between us was misunderstood.

Therefore, please accept my apology in providing the discovery at this late time.

Respectfully submitted,

Spencer B. Robbins

SBR/scl
cc. Christopher J. Hufnagel, Eq.