UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------
**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **November 21, 2015**
**Cotto/Alvarez** Program,

                               Plaintiff,

             -against-

MOHAMED MOHAMED, Individually, and as
officer, director, shareholder and/or principal of
ARABICA HOOKAH LOUNGE & RESTAURANT
INC., d/b/a ARABICA HOOKAH LOUNGE &
RESTAURANT,

and

ARABICA HOOKAH LOUNGE & RESTAURANT
INC., d/b/a ARABICA HOOKAH LOUNGE &
RESTAURANT,

                            Defendants.
------------------------------------------------------------------

**STIPULATION OF DISMISSAL**

Civil Action No.
1:16-CV-00771-WFK-CLP

      **PLEASE TAKE NOTICE THAT** the parties herein have compromised the within and

foregoing action, and no party named herein being an infant or incompetent, notifies the Court of

the settlement of the above-styled action and hereby dismisses this action in its entirety with

prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:   January 30, 2017
         Ellenville, NY

-1-

**DEFENDANTS**                                    **PLAINTIFF**

By: /s/Spencer Robbins                        By: /s/Christopher J. Hufnagel
SPENCER ROBBINS, ESQ.                CHRISTOPHER J. HUFNAGEL, ESQ.
Attorney for Defendants                     Attorney for Plaintiff
568 Amboy Avenue                           LONSTEIN LAW OFFICE, P.C.
Woodbridge, NJ 07095                       80 North Main Street : P.O. Box 351
Telephone: (732)259-1619                  Ellenville, NY   12428
Facsimile: (732)636-2171                   Telephone:   (845) 647-8500
Email: xmuss@aol.com                      Facsimile:    (845) 647-6277
                                                         Email:  Legal@signallaw.com
                                                         *Our File No. JHP15-02NY-03*